# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

*Stephanie Schwartz v.*  No. 3:12-cv-10706-DRH-PMF
*Bayer HealthCare Pharmaceuticals Inc., et al.*

## ORDER VACATING PLAINTIFF FACT SHEET DISMISSAL

The plaintiff has filed a motion to vacate the Court's order dismissing her claims without prejudice for failure to comply with Plaintiff Fact Sheet Requirements. Bayer states that it is not opposed. Further, Bayer has withdrawn its motion to convert the without prejudice dismissal into a with prejudice dismissal.

Accordingly, the Court hereby **vacates** the Order dismissing without prejudice the claims of the plaintiff and thereby **reinstates** the same.

So Ordered:

Digitally signed by David R. Herndon
Date: 2013.07.17 16:03:36 -05'00'

**Chief Judge**                                   Date: July 17, 2013
**United States District Court**